```
                                            FILED
                                        2007 NOV -9 PM 2:38

                                        CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 CR 3055 L

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF RELATED CASE |
| | ) | |
| JUAN MANUEL TORRES-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Juan Manuel Torres-Gomez, Criminal Case No. 07CR2706-L.

DATED: November 9, 2007.

KAREN P. HEWITT
United States Attorney

*Rebecca Kanter* for

JOSEPH J.M. ORABONA
Assistant U.S. Attorney