UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07CR3055-L |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JUAN MANUEL TORRES-GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Stewart Young, Assistant United States Attorney
> 880 Front Street
> San Diego, CA 92101

Dated: December 21, 2007

>  */s/ John C. Ellis, Jr.*
> **JOHN C. ELLIS, JR.**
> Federal Defenders
> 225 Broadway, Suite 900
> San Diego, CA 92101-5030
> (619) 234-8467 (tel)
> (619) 687-2666 (fax)
> E-mail: john_ellis@fd.org