STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES IN HEREBY INCORPORATED BY REFERENCE TO DOCKET NO. 5