|   |   |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | STEWART M. YOUNG |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 234889 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6228 / (619) 235-2757(Fax) |
|   | Email: stewart.young@usdoj.gov |
| 6 |   |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 3:07-CR-3055-L |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | DATE: January 7, 2008 |
|  | ) | TIME: 2 p.m. |
| v. | ) |  |
|  | ) | JOINT MOTION TO CONTINUE MOTION |
| JUAN MANUEL TORRES-GOMEZ, | ) | HEARING DATE |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Stewart M. Young, and defendant Juan Manuel Torres-Gomez, by and through his counsel John Ellis, and herein jointly request this Court to continue the motion hearing currently set for January 7, 2008, at 2 p.m., to January 28, 2008, at 2 p.m. The basis for this request is that the defense and the prosecution are involved in negotiations, as well as the fact that the prosecutor was recently assigned to this case.

DATED: January 3, 2008.

Respectfully submitted,

Karen P. Hewitt
United States Attorney

s/*Stewart M. Young*                              s/ John Ellis
Stewart M. Young                                  John Ellis, Esq.
Assistant United States Attorney                  John_ellis@fd.org

Attorneys for Plaintiff                           Attorney for Defendant Juan Manuel
United States of America                          Torres-Gomez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JUAN MANUAL TORRES-GOMEZ, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 07-CR-3055-L <br><br><br> CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Motion Hearing on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis, Esq.
   John_ellis@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 3, 2008.

       s/ *Stewart M. Young*
       Stewart M. Young

2