**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 3:07-CR-3055-L |
| Plaintiff,           ) | |
| v.           ) | **ORDER GRANTING REQUEST FOR CONTINUANCE OF MOTION HEARING** |
| JUAN MANUEL TORRES-GOMEZ,           ) | |
| Defendant.           ) | |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue sentencing be GRANTED, and that the motion hearing scheduled for January 7, 2008, at 2 p.m., be continued to January 28, 2008, at 2 p.m.

**IT IS SO ORDERED.**

DATED: January 4, 2008

*M. James Lorenz*

M. James Lorenz
United States District Court Judge