KAREN P. HEWITT
United States Attorney
STEWART M. YOUNG
Assistant U.S. Attorney
California State Bar No. 234889
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6228 / (619) 557-6741(Fax)
Email: stewart.young@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 3:07-CR-3055L |
|---|---|---|
| Plaintiff, | ) | DATE: January 28, 2008 |
| | ) | TIME: 10 a.m. |
| v. | ) | |
| | ) | MOTION FOR ORDER SHORTENING TIME |
| JUAN MANUEL TORRES-GOMEZ, | ) | |
| Defendant. | ) | |

The United States moves this Court for an order shortening time to defendant's sentencing memorandum to seven (7) days, to be heard January 28, 2008, at 11 a.m., or as soon thereafter as counsel may be heard, for the following reason:

1)   I have been out the district for training purposes for a substantial part of the month of January, as well as for oral arguments in Pasadena this month as well.  I have also recently been assigned a number of pending cases due to the departure of two colleagues in the past month, and therefore have been unable to submit my response to defendant's motions until recently.

DATED: January 21, 2008            Respectfully submitted,

                                    KAREN P. HEWITT
                                    United States Attorney

                                    s/Stewart M. Young
                                    Stewart M. Young
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:07-CR-3055 L |
| Plaintiff, ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JUAN MANUEL TORRES-GOMEZ, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Stewart M. Young, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Motion for Order Shortening Time on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John Ellis, Esq.

2. Joe McMullen, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2008.

    s/Stewart M. Young
    Stewart M. Young

2