MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

<u>EXHIBIT LIST</u>

USA                                VS          JUAN MANUEL TORRES-GOMEZ (1)

X  Plaintiff        Defendant        Court        Type of Hearing: EVIDENTIARY HEARING

Case Number:  07CR3055-L

| NO. | IDENT. | EVID. | DESCRIPTION |
|-----|--------|-------|-------------|
| 1 | 1/28/2008 | 1/28/2008 | ARIAL PHOTOGRAPH OF CRESTWOOD ROAD/GOLDEN ACORN CASINO |
|   |        |       |             |
| 3 | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF VAN |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |
|   |        |       |             |