MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA     VS     JUAN MANUEL TORRES-GOMEZ (1)

___ Plaintiff   X Defendant   ___ Court     Type of Hearing: EVIDENTIARY HEARING

Case Number: 07CR3055-L

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| A | 1/28/2008 | | REPORT BY AGENT GUSTAVO SUAREZ |
| B | 1/28/2008 | | REPORT OF INTERVIEW OF DFT JUAN TORRES-GOMEZ AGENT GUSTAVO SUAREZ |
| C | 1/28/2008 | | REPORT OF INTERVIEW OF MATERIAL WITNESS MIGUEL MILLAN-RAMIREZ BY AGENT GUSTAVO SUAREZ |
| D | 1/28/2008 | | REPORT OF INTERVIEW OF MATERIAL WITNESS ELADIO NORIEGA-DUARTE BY AGENT GUSTAVO SUAREZ |
| E | 1/28/2008 | | REPORT OF INTERVIEW OF MATERIAL WITNESS RAMIRO ARREOLA-QUEZADA BY AGENT GUSTAVO SUAREZ |
| F | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF THE PARKING LOT OF THE GOLDEN ACORN PARKING LOT |
| H | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF CRESTWOOD ROAD GOING NORTHBOUND |
| I | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF CRESTWOOD ROAD GOING NORTHBOUND |
| J | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF CRESTWOOD ROAD GOING NORTHBOUND |
| K | 1/28/2008 | 1/28/2008 | PHOTOGRAPH OF CRESTWOOD ROAD NORTH SECTION |

Case 3:07-cr-03055-L     Document 17     Filed 01/28/2008     Page 1 of 1